UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRISTINE HARPER,

    Plaintiff,

v.

Case No.: 5:17-CV-14-Oc-30PRL

SONATA VILLAGES I, LLC
d/b/a SERENADES IN THE VILLAGES,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Sonata Villages I, LLC d/b/a Serenades in the Villages ("Sonata" or "Defendant"), hereby gives notice of removal of the case styled *Kristine Harper v. Sonata Villages I, LLC d/b/a Serenades in the Villages*, designated as Case No. 2016-CA-000429, currently pending in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. As grounds in support thereof, Defendant states:

1. Kristine Harper ("Plaintiff") filed a Complaint that is pending in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, styled *Kristine Harper v. Sonata Villages I, LLC d/b/a Serenades in the Villages*, designated as Case No. 2016-CA-000429. Plaintiff filed this action on December 16, 2016. (*See* the Complaint, attached as **Exhibit A** hereto.)

2. In her Complaint, Plaintiff asserts violations for unpaid overtime and retaliation under the Fair Labor Standards Act ("FLSA") (29 U.S.C. §§ 207 and 215(a)(3)).

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Because Plaintiff raises claims under the FLSA, this action presents a federal question that is removable pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331.

5. Because the conduct alleged in the Complaint relates to Plaintiff's alleged employment with Defendant in Sumter County, Florida, all conduct is alleged to have occurred within Sumter County, Florida, and Plaintiff filed her Complaint in the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, Defendant files this Notice in the Ocala Division of the United States District Court for the Middle District of Florida. (*See* the Complaint, attached as **Exhibit A** hereto.)

6. Defendant was served with the Summons and Complaint on December 28, 2016. This removal is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. 1446(b).

7. Pursuant to 28 U.S.C. § 1446(b), copies of all process, pleadings, and orders served on Defendant are attached hereto as composite **Exhibit A**.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff and a copy of this Notice will be filed concurrently with the Clerk of the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, which is attached hereto as **Exhibit B**.

9. Therefore, removal is appropriate pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

WHEREFORE, on the basis of the foregoing, Defendant respectfully submits that removal of this action from the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, Florida, to this Court is proper.

Respectfully submitted,

FORDHARRISON LLP

By: /s/ Todd S. Aidman
Todd A. Aidman
Florida Bar No. 173029
taidman@fordharrison.com
David M. Kalteux
Florida Bar No. 118746
dkalteux@fordharrison.com

101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Sonata Villages I, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic mail and U.S. Mail this 17th day of January, 2017, to:

Joseph C. Shoemaker
jshoemaker@boginmunns.com
Bogin, Munns & Munns, P.A.
628 South 14th St.
Leesburg, FL 34748

/s/ Todd S. Aidman
Todd S. Aidman

WSACTIVELLP:8933237.1