JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CIVIL COVER SHEET

5:17-CV-14-Oc-30 PRL

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Kristine Harper ;
County of Residence: Marion County

**Defendant(s):**
First Listed Defendant:
Sonata Villages I, LLC d/b/a Serenades in the Villages ;
County of Residence: Sumter County

**County Where Claim For Relief Arose:** Sumter County

**Plaintiff's Attorney(s):**
Joseph C. Shoemaker (Kristine Harper)
Bogin, Munns & Munns, P.A.
628 South 14th St.
Leesburg, Florida 34748
Phone: (352) 728-3773
Fax: (352) 728-5488
Email: jshoemaker@boginmunns.com

**Defendant's Attorney(s):**
Todd S. Aidman ( Sonata Villages I, LLC d/b/a Serenades in the Villages)
FordHarrison LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602
Phone: (813) 261-7800
Fax: (813) 261-7899
Email: taidman@fordharrison.com

David M. Kalteux
FordHarrison LLP
101 E. Kennedy Boulevard, Suite 900
Tampa, Florida 33602
Phone: (813) 261-7800
Fax: (813) 261-7899
Email: dkalteux@fordharrison.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties (Diversity Cases Only)**
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 2. Removed From State Court
  State Removal County: Sumter County
  State Removal Case Number: 2016-CA-00429
**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** 28 U.S.C. Sec. 1331, 1441 and 1446 Alleged violations of FLSA for unpaid overtime and retaliation (29 U.S.C. Secs. 207 and 215(a)(3))

**Requested in Complaint**

    Class Action: Not filed as a Class Action

    Monetary Demand (in Thousands):

    Jury Demand: Yes

    Related Cases: Is NOT a refiling of a previously dismissed action

**Signature:** _[signature]_

**Date:** 1/17/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS-44. Once corrected, print this form, sign and date it, and submit it with your new civil action.